[957 NE2d 1150, 933 NYS2d 646]

DEBORAH I. GRAVIUS, Appellant, v COUNTY OF ERIE, Respondent.

Decided October 25, 2011

[black redaction bars]

**APPEARANCES OF COUNSEL**

*Santarpia Law*, Buffalo (*Sabatino C. Santarpia* of counsel), for appellant.

*Jeremy A. Colby, County Attorney*, Buffalo (*Brian R. Liebenow* of counsel), for respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), appeal dismissed, with costs, upon the ground that the two-Justice dissent at the Appellate Division is not on a question of law (*see* CPLR 5601 [a]).

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.